# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1052

_____

Henry Webb,                  *
                                   *
           Appellant,        *
                                   *    Appeal from the United States
     v.                           *    District Court for the
                                   *    District of Nebraska.
Unknown Gensler, Dr., Medical of    *
Douglas County Jail; Douglas County   *    [UNPUBLISHED]
Jail, Omaha,               *
                                   *
           Appellees.        *

_____

Submitted: November 5, 2009
Filed: November 10, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Henry Webb appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action. Upon de novo review, see Northstar Indus., Inc. v. Merrill Lynch & Co., 576 F.3d 827, 831 (8th Cir. 2009), we agree with the district court that dismissal was proper because Webb failed to state a section 1983 claim. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.